

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00395-CV

_____

JOE W. BYRD, Appellant

V.

KATHY STERN, AS REPRESENTATIVE OF THE ESTATE OF MINTA DELYN
"LYNN" SPURGIN, DECEASED, AND ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY, Appellees

---

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-321848-20

---

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

On April 3, 2024, the trial court signed an order dismissing for want of prosecution Appellant Joe W. Byrd's claims against Appellees Kathy Stern, as Representative of the Estate of Minta Delyn "Lynn" Spurgin, Deceased, and Allstate Fire and Casualty Insurance Company. Because Byrd timely moved for a new trial, his notice of appeal was due July 2, 2024. *See* Tex. R. App. P. 26.1(a)(1). But Byrd did not file his notice of appeal until September 4, 2024, making it untimely. *See id.*

We notified Byrd by letter of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely filed. *See* Tex. R. App. P. 26.1. We warned Byrd that unless he or any other party desiring to continue the appeal filed a response within ten days showing grounds for continuing the appeal, we could dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Ten days have passed, and we have received no response.

The deadline for filing a notice of appeal is jurisdictional; without a timely filed notice of appeal or a timely filed extension request, we must dismiss the appeal. *See* Tex. R. App. P. 2, 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because Byrd's notice of appeal was untimely filed, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Delivered:  October 24, 2024